# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| HIRAM CELIS,<br><br>    Plaintiff,<br><br>v.<br><br>CATOOSA COUNTY<br>SCHOOL DISTRICT,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>4:19-cv-00143-TCB-WEJ |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff HIRAM CELIS and Defendant CATOOSA COUNTY SCHOOL DISTRICT, through their undersigned attorneys of record, and hereby give notice of settlement of the above-entitled matter. The parties, through their respective counsel, will be filing shortly a stipulation to dismiss this matter with prejudice.

Respectfully submitted this 4th day of June, 2020.

*[SIGNATURES TO FOLLOW]*

| | |
|---|---|
| The Kirby G. Smith Law Firm, LLC<br>/s/ Amanda M. Brookhuis<br>Amanda Brookhuis<br>Georgia Bar No. 601396<br>Kirby G. Smith<br>Georgia Bar No. 250119<br>4488 North Shallowford Road<br>Suite 105<br>Atlanta, GA 30338<br>Phone:  (844) 454-7529<br>Fax:  (877) 352-6253<br>amb@kirbygsmith.com<br>kgs@kirbygsmith.com<br><br>*Attorneys for Plaintiff* | Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP<br>/s/ A. Franklin Beacham III<br>A. Franklin Beacham III<br>Ga. Bar No. 043743<br>I. Stewart Duggan<br>Ga. Bar No. 232207<br>P.O. Box 5007<br>615 West First Street<br>Rome, GA 30162-5007<br>706-291-8853 telephone 706-234-3574 fax<br>fbeacham@brinson-askew.com<br>isduggan@brinson-askew.com<br><br>Wiggins Law Office<br>/s/ Renzo S. Wiggins<br>Renzo S. Wiggins, Attorney for Defendant<br>Ga. Bar #757800<br>P.O. Box 790<br>7723 Nashville Street Ringgold, Ga. 30736 706-935-3971 telephone 706-935-5606 faxwlo@wigginsga.com<br>*Attorneys for Defendant Catoosa County School District* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| HIRAM CELIS, <br><br> Plaintiff, <br><br> v. <br><br> CATOOSA COUNTY SCHOOL DISTRICT, <br><br> Defendant. | CIVIL ACTION FILE NO. <br> 4:19-cv-00143-TCB-WEJ |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed this Notice of Settlement with the Clerk of the Court using the CM/ECF system which sent notification of such filing all Parties.

This 4th day of June, 2020.

        THE KIRBY G. SMITH LAW FIRM, LLC

        s/Amanda M. Brookhuis
        Amanda M. Brookhuis
        Georgia Bar No. 601396
        *Attorney for Plaintiff*